# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**STEPHEN BAKER** )<br>)<br>)<br>**Defendant** )<br>) | Case No. 23-MJ-00357 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Stephen Baker

Dated: March 5, 2024          Respectfully Submitted,

                                  /s/ William L. Shipley
                                  William L. Shipley, Jr., Esq.
                                  PO BOX 745
                                  Kailua, Hawaii 96734
                                  Tel: (808) 228-1341
                                  Email: 808Shipleylaw@gmail.com

                                  *Attorney for Defendant*