AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-00121-CRC |
| STEPHEN MICHAEL BAKER | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEPHEN MICHAEL BAKER                                                                                           .

Date:     03/11/2024                              /s/ Edward L. Tarpley, Jr
                                                          *Attorney's signature*

                                                          Edward L. Tarpley, Jr. LA Bar # 12657
                                                          *Printed name and bar number*

                                                          Edward L. Tarpley, Jr.
                                                          A Professional Law Corporation
                                                          819 Johnston St, Alexandria, LA 71301
                                                          *Address*

                                                          ed@edtarpley.com
                                                          *E-mail address*

                                                          (318) 487-1460
                                                          *Telephone number*

                                                          (318) 487-1462
                                                          *FAX number*