

ATTORNEY DECLARATION

I am an attorney in good standing in New Jersey and Pennsylvania and have been practicing law for 33 years, 21 years with the Department of Justice.

I am currently serving in a pro bono capacity representing Kenneth Harrelson in District of Columbia v. Proud Boys (21-cv-03267 Mehta).  This followed a substantially pro bono representation of Kenneth Harrelson in United States v. Caldwell (22-cr-15 Mehta).  I also represented Richard Barnett in US v. Barnett (21-cr-38 Cooper), Eric Christie in US v. Christie (23-cr-0005 Mehta) and currently represent Ryan Nichols in US v. Nichols and Harkrider (21-cr-117 Lamberth).

I seek to join my esteemed colleagues in representing Steven Baker because Mr. Baker is being prosecuted in his capacity as a journalist, which has been deemed to be a concerning development by the FormerFedsGroup Freedom Foundation at FormerFeds.Org.



I am not receiving compensation from the Foundation. It is an honor to represent Steve Baker and to appear in Judge Cooper's Court once again.

|  |  |
|---|---|
|  | Very truly yours, |
|  | FormerFedsGroup.Com LLC |
| DATE: March 13, 2024 | By: _/s/ Brad Geyer_____ |
|  | Bradford L. Geyer, Esq. |
|  | PA 62998 |
|  | NJ 022751991 |
|  | Bradford.Geyer@FormerFedsGroup.Com |
|  | 2006 Berwick Drive |
|  | Cinnaminson NJ 0807 |
|  | (856)-607-5708 |