AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-00121-crc |
| Stephen Micheal Baker | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen Michael Baker.

Date: 03/13/2024

/s/ Brad Geyer
*Attorney's signature*

Bradford L. Geyer
*Printed name and bar number*
PA 62998
NJ022751991
2006 Berwick Drive
Cinnaminson, NJ 08077

*Address*

Bradford.Geyer@FormerFedsGroup.Com
*E-mail address*

(856) 607-5708
*Telephone number*

*FAX number*