UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.  ) | Case No. 24-cr-00121-CRC |
| ) | |
| **STEPHEN BAKER,** ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT STEPHEN BAKER'S NOTICE OF NO OBJECTION**

    William L. Shipley, Jr., Esq.
    PO Box 745
    Kailua, Hawaii 96734
    Tel: (808) 228-1341
    Email: 808Shipleylaw@gmail.com

    *Attorney for Defendant*

1

   NOW COMES Defendant Stephen Baker, by and through his undersigned counsel or record, William L. Shipley, and respectfully files this Notice of No Objection.

   On May 7, 2024, Government Counsel filed a motion for a protective order regarding discovery in Defendant Baker's case.  *See* ECF NO. 20.  In response to this Court's May 8, 2024 order, Defendant Baker takes the position that no objection to the motion is warranted.


Dated: May 10, 2024                    Respectfully submitted,

                                       /s/ William L. Shipley
                                       William L. Shipley, Jr., Esq.
                                       PO BOX 745
                                       Kailua, Hawaii 96734
                                       Tel: (808) 228-1341
                                       Email: 808Shipleylaw@gmail.com

                                       *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I, William L. Shipley, hereby certify that on this day, May 10, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley  
William L. Shipley, Jr., Esq.