## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-cr-00121-CRC** |
| | ) | |
| **STEPHEN BAKER,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT STEPHEN BAKER'S NOTICE OF APPEAL

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Stephen Baker, hereby appeals to the United States Court

of Appeals for the District of Columbia Circuit from the Order entered by this Court Denying Defendant Baker's Motion for Reconsideration to Modify Terms and Conditions of Release entered on June 3, 2024.

Date: June 11, 2023                    Respectfully Submitted,

                                       /s/ William L. Shipley
                                       William L. Shipley
                                       PO Box 745
                                       Kailua, Hawaii 96734
                                       Tel: (808) 228-1341
                                       Email: 808Shipleylaw@gmail.com

                                       *Attorney for Defendants*