APPEAL,CAP,CAT A

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: <u>1:24−cr−00121−CRC</u>−1

Case title: USA v. BAKER

Magistrate judge case number: 1:23−mj−00357−GMH

Date Filed: 03/07/2024

Assigned to: Judge Christopher R. Cooper

**Defendant (1)**

| | | |
|---|---|---|
| **STEPHEN MICHAEL BAKER**<br>*also known as*<br>STEPHEN BAKER | represented by | **William Lee Shipley , Jr.**<br>LAW OFFICES OF WILLIAM L. SHIPLEY<br>PO Box 745<br>Kailua, HI 96734<br>808−228−1341<br>Email: 808Shipleylaw@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |
| | | **Bradford L Geyer**<br>FORMERFEDSGROUP.COM LCC<br>141 I Route 130 South<br>Suite 303<br>Cinnaminson, NJ 08077<br>856−607−5708<br>Email: bradford.geyer@formerfedsgroup.com<br>*ATTORNEY TO BE NOTICED*<br>Designation: Pro Bono |
| | | **Edward L. Tarpley , Jr.**<br>EDWARD L. TARPLEY, JR., ATTORNEY AT LAW<br>819 Johnston Street<br>Alexandria, LA 71301<br>(318) 487−1460<br>Fax: (318) 487−1462<br>Email: edwardtarpley@att.net<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |
| | | **James Lee Bright**<br>JAMES LEE BRIGHT<br>3300 Oak Lawn Avenue |

|  | Suite 700<br>Dallas, TX 75219<br>214−720−7777<br>Fax: 214−720−7778<br>Email: jlbrightlaw@gmail.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|
| **Pending Counts** | **Disposition** |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building<br>(1) | |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building<br>(2) | |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building or Grounds<br>(3) | |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building<br>(4) | |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D) and 40:5104(e)(2)(G) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Adam Michael Dreher**<br>UNITED STATES ATTORNEY'S OFFICE<br>Capitol Siege<br>601 D. Street NW<br>Washington, DC 20530<br>202–252–1706<br>Email: adam.dreher@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Anita Eve**<br>U.S. ATTORNEY'S OFFICE/PA<br>615 Chestnut Street<br>Philadelphia, PA 19106<br>(215) 861–8577<br>Email: anita.eve@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2024 | 1 | SEALED COMPLAINT as to STEPHEN BAKER (1). (Attachments: # 1 Statement of Facts) (zljn) [1:23–mj–00357–GMH] (Entered: 02/21/2024) |
| 02/21/2024 | 3 | MOTION to Seal Case by USA as to STEPHEN BAKER. (Attachments: # 1 Text of Proposed Order)(zljn) [1:23–mj–00357–GMH] (Entered: 02/21/2024) |
| 02/21/2024 | 4 | ORDER granting 3 Motion to Seal Case as to STEPHEN BAKER (1). Signed by Magistrate Judge G. Michael Harvey on 02/21/2024. (zljn) [1:23–mj–00357–GMH] (Entered: 02/21/2024) |
| 03/01/2024 | | Arrest of STEPHEN BAKER in TEXAS. (zljn) [1:23–mj–00357–GMH] (Entered: 03/04/2024) |
| 03/01/2024 | 5 | Arrest Warrant, dated 02/21/2024, Returned Executed on 03/01/2024 as to STEPHEN BAKER. (zljn) [1:23–mj–00357–GMH] (Entered: 03/04/2024) |
| 03/01/2024 | | Case unsealed as to STEPHEN BAKER (zljn) [1:23–mj–00357–GMH] (Entered: 03/04/2024) |
| 03/05/2024 | 6 | NOTICE OF ATTORNEY APPEARANCE: William Lee Shipley, Jr appearing for STEPHEN BAKER (Shipley, William) [1:23–mj–00357–GMH] (Entered: |

| | | |
|---|---|---|
| | | 03/05/2024) |
| 03/06/2024 | 7 | NOTICE OF ATTORNEY APPEARANCE: James Lee Bright appearing for STEPHEN BAKER (Bright, James) [1:23–mj–00357–GMH] (Entered: 03/06/2024) |
| 03/07/2024 | 8 | INFORMATION as to STEPHEN MICHAEL BAKER (1) count(s) 1, 2, 3, 4. (zstd) (Entered: 03/07/2024) |
| 03/11/2024 | | MINUTE ORDER as to STEPHEN MICHAEL BAKER: It is hereby ORDERED that Defendant appear for an initial appearance on 3/14/2024 at 12:30 p.m. EST before Magistrate Judge Moxila A. Upadhyaya. The hearing will be conducted by video teleconference; call–in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202–354–3165. So Ordered by Magistrate Judge Moxila A. Upadhyaya on 3/11/2024. Signed by Magistrate Judge Moxila A. Upadhyaya on 3/11/2024. (znjb) (Entered: 03/11/2024) |
| 03/11/2024 | 10 | NOTICE OF ATTORNEY APPEARANCE: Edward L. Tarpley, Jr appearing for STEPHEN MICHAEL BAKER (Tarpley, Edward) (Entered: 03/11/2024) |
| 03/13/2024 | 12 | Appearance Pro Bono by Bradford L Geyer on behalf of STEPHEN MICHAEL BAKER (Attachments: # 1 Exhibit Appearance of Counsel)(Geyer, Bradford) (Entered: 03/13/2024) |
| 03/14/2024 | | MINUTE ORDER as to STEPHEN MICHAEL BAKER: As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge Moxila A. Upadhyaya on 3/14/2024. (ztl) (Entered: 03/14/2024) |
| 03/14/2024 | | ORAL MOTION for Speedy Trial by USA as to STEPHEN MICHAEL BAKER. (znjb) (Entered: 03/14/2024) |
| 03/14/2024 | | Minute Entry for proceedings held before Magistrate Judge Moxila A. Upadhyaya: First Appearance in the District as to STEPHEN MICHAEL BAKER held on 3/14/2024. Defendant present by video. Arraignment not held. The Court advised the Government of its Due Process Obligations under Rule 5(f). Defendant has Retained Counsel. For reasons set forth on the record, Defense to file a Motion to Modify Conditions of Release. Oral Motion by the Government for Speedy Trial as to STEPHEN MICHAEL BAKER; heard and granted. Arraignment/Status Conference set for 4/3/2024 at 3:00 PM by Telephonic/VTC before Judge Christopher R. Cooper. Bond Status of Defendant: Defendant Released on Personal Recognizance; Court Reporter: FTR– GOLD; FTR Time Frame: CRTM 5: [12:51:53–1:09:52]; Defense Attorney: William Shipley, Bradford Geyer, & Edward Tarpley, Jr.; US Attorney: Adam Dreher; Pretrial Officer: Britney Dahlkoetter. (znjb) (Entered: 03/14/2024) |
| 03/14/2024 | 13 | ORDER Setting Conditions of Release as to STEPHEN MICHAEL BAKER (1) Personal Recognizance. Signed by Magistrate Judge Moxila A. Upadhyaya on 3/14/2024. (Attachments #1 Appearance Bond) (znjb) (Entered: 03/14/2024) |

| | | |
|---|---|---|
| 03/19/2024 | 14 | NOTICE OF ATTORNEY APPEARANCE Anita Eve appearing for USA. (Eve, Anita) (Entered: 03/19/2024) |
| 03/25/2024 | | MINUTE ORDER as to STEPHEN MICHAEL BAKER: In light of the 16 Pretrial Violation Report, Mr. Baker is hereby ordered to comply with his conditions of release, as directed by his pretrial services officer. Signed by Judge Christopher R. Cooper on 3/25/2024. (lccrc1) (Entered: 03/25/2024) |
| 04/03/2024 | | Minute Entry for video Arraignment held before Judge Christopher R. Cooper as to STEPHEN MICHAEL BAKER on 4/3/2024. Defendant consents to proceed by video and arraigned. Defendant enters a Plea of Not Guilty as to Counts 1–4 of the Information and waives the formal reading. Status Conference set for 6/3/2024 at 2:00 PM by VTC before Judge Christopher R. Cooper. The court finds it in the interest of justice to toll the speedy trial clock from 4/3/2024 through 6/3/2024.Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorneys: William Lee Shipley, Jr., Bradford l. Geyer and Edward L. Tarpley, Jr.; US Attorney: Adam Michael Dreher. (lsj) (Entered: 04/04/2024) |
| 04/19/2024 | 18 | MOTION to Modify Conditions of Release by STEPHEN MICHAEL BAKER. (Shipley, William) (Entered: 04/19/2024) |
| 05/03/2024 | 19 | RESPONSE by USA as to STEPHEN MICHAEL BAKER re 18 MOTION to Modify Conditions of Release (Eve, Anita) (Entered: 05/03/2024) |
| 05/07/2024 | 20 | MOTION for Protective Order *re: Discovery* by USA as to STEPHEN MICHAEL BAKER. (Attachments: # 1 Text of Proposed Order)(Dreher, Adam) (Entered: 05/07/2024) |
| 05/08/2024 | | MINUTE ORDER as to STEPHEN MICHAEL BAKER: It is hereby ordered that Defendant shall file any opposition to the 20 Motion for Protective Order by May 10, 2024. Signed by Judge Christopher R. Cooper on 5/8/2024. (lccrc1) (Entered: 05/08/2024) |
| 05/10/2024 | 21 | REPLY TO OPPOSITION to Motion by STEPHEN MICHAEL BAKER re 18 MOTION to Modify Conditions of Release (Shipley, William) (Entered: 05/10/2024) |
| 05/10/2024 | 22 | NOTICE *OF NO OBJECTION* by STEPHEN MICHAEL BAKER re 20 MOTION for Protective Order *re: Discovery*, Order, Set Deadlines (Shipley, William) (Entered: 05/10/2024) |
| 05/13/2024 | 23 | ORDER granting 20 Motion for Protective Order as to STEPHEN MICHAEL BAKER (1). See full Order for details. Signed by Judge Christopher R. Cooper on 5/13/2024. (lccrc1) (Entered: 05/13/2024) |
| 05/14/2024 | | MINUTE ORDER granting in part and denying in part 18 Motion to Modify Conditions of Release as to STEPHEN MICHAEL BAKER (1). The Court finds no support for Mr. Baker's contention that, under 18 U.S.C. § 3142, a detention hearing is a prerequisite for imposing conditions of release. Regarding the specific conditions imposed here, Mr. Baker did not object to the "standard" conditions during his initial appearance and has not identified any new information warranting the requested modifications. See United States v. Peguero, 2021 WL 4811315 at *2 (W.D. Ky. Oct. 14, 2021) (collecting cases requiring changed circumstances to justify a new modification request). The Court also finds that the firearm restriction and the requirement that Mr. Baker notify Pretrial Services before entering Washington, D.C. are justified in this case. First, concerning the firearm restriction, Pretrial Services has |

| | | |
|---|---|---|
| | | informed the Court that it objects to this late–breaking request, citing safety concerns, and the Court finds that the restriction is necessary to ensure the safety of Pretrial Services officers who may need to conduct a home visit or visit the defendant without warning. These safety concerns are heightened because of Mr. Baker's alleged threatening statements directed at specific public officials during the riot on January 6, 2021. See United States v. Kastner, No. 21–cr–725 (RDM) (ECF No. 42 at 6) (denying a similar request for analogous reasons). Second, requiring Mr. Baker to provide Pretrial Service notice prior to entering the District is appropriate given the gravity of his purported misconduct inside the Capitol on January 6, which was allegedly targeted at high–ranking federal lawmakers. By contrast, because neither the government nor Pretrial Services objects, the Court will modify the requirement that Mr. Baker report every contact with law enforcement. Henceforth, Mr. Baker is required to report only instances where he engages with law–enforcement personnel in their official capacity because of his own suspected wrongdoing (i.e., if he is suspected of, charged with, or cited for any violation of law). So Ordered by Judge Christopher R. Cooper on 5/14/2024. (lccrc1) (Entered: 05/14/2024) |
| 05/24/2024 | 24 | TRANSCRIPT OF PROCEEDINGS in case as to STEPHEN MICHAEL BAKER before Magistrate Judge Moxila A. Upadhyaya held on March 14, 2024; Page Numbers: 1–17. Date of Issuance:May 24, 2024. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354–3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/14/2024. Redacted Transcript Deadline set for 6/24/2024. Release of Transcript Restriction set for 8/22/2024.(Reeves, Sonja) (Entered: 05/24/2024) |
| 05/31/2024 | 26 | MOTION for Reconsideration re Order on Motion to Modify Conditions of Release,,,,,,,,,, 18 MOTION to Modify Conditions of Release filed by STEPHEN MICHAEL BAKER by STEPHEN MICHAEL BAKER. (Shipley, William) Modified on 6/3/2024 (zlsj). (Entered: 05/31/2024) |
| 06/03/2024 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to STEPHEN MICHAEL BAKER on 6/3/2024. Defendant consents to proceed by video. Forthcoming Pretrial Order. The court finds it in the interest of justice to toll the speedy trial clock through the Pretrial Conference. Defendant's Motion 26 for Reconsideration of Motion to Modify Terms and Conditions of Release is DENIED without prejudice, for the reasons stated on the record. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorneys: William Lee Shipley, Jr., Bradford L. Geyer, Edward L. Tarpley, Jr. and James Lee Bright; US Attorney: Adam Michael Baker; Pretrial Officers: Jaynice Harden and |

| | | |
|---|---|---|
| | | Bryson Karbley (Northern District of North Carolina). (lsj) (Entered: 06/03/2024) |
| 06/07/2024 | 27 | PRETRIAL ORDER as to STEPHEN MICHAEL BAKER (1): Jury Trial set for November 12, 2024, at 9:30 AM in Courtroom 27A (In Person) before Judge Christopher R. Cooper. The Court will hold a Pretrial Conference on November 6, 2024, at 2:00 PM in Courtroom 27A (In Person) before Judge Christopher R. Cooper. See full Order for details. Signed by Judge Christopher R. Cooper on 6/7/2024. (lccrc1) (Entered: 06/07/2024) |
| 06/11/2024 | 28 | NOTICE OF APPEAL (Interlocutory) by STEPHEN MICHAEL BAKER Fee Status: No Fee Paid. Parties have been notified. (Shipley, William) (Entered: 06/11/2024) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **STEPHEN BAKER,** ) <br> ) <br> ) <br> **Defendant** ) <br> ) | **Case No. 24-cr-00121-CRC** |

**DEFENDANT STEPHEN BAKER'S NOTICE OF APPEAL**

>William L. Shipley
>PO Box 745
>Kailua, Hawaii 96734
>Tel: (808) 228-1341
>Email: 808Shipleylaw@gmail.com
>*Attorney for Defendant*

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Stephen Baker, hereby appeals to the United States Court

of Appeals for the District of Columbia Circuit from the Order entered by this Court Denying Defendant Baker's Motion for Reconsideration to Modify Terms and Conditions of Release entered on June 3, 2024.

Date: June 11, 2023                             Respectfully Submitted,

                                                /s/ William L. Shipley
                                                William L. Shipley
                                                PO Box 745
                                                Kailua, Hawaii 96734
                                                Tel: (808) 228-1341
                                                Email: 808Shipleylaw@gmail.com

                                                *Attorney for Defendants*