UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 24-cr-00121-CRC |
| ) | |
| **STEPHEN BAKER,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT STEPHEN BAKER'S MOTION TO CONTINUE TRIAL**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

NOW COMES Defendant Stephen Baker, by and through his undersign

counsel William L. Shipley and James Lee Bright, hereby moves this Court for a continuance of the currently scheduled Pretrial Conference date of October 6, 2024, and the Trial date of November 12, 2024, as well as any other date in the scheduling order that would be affected by the continuance being sought.

The Defendant is charged with violations of 18 U.S.C. § 1752(a)(1): Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2): Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D): Disorderly Conduct in a Capitol Building or Grounds; and 40 U.S.C. § (e)(2)(G): Parading, Demonstrating, or Picketing in a Capitol Building.

Defendant Baker and his counsel request this continuance due to the close-in-time proximity of the current Trial date to the scheduled Presidential election date of November 5, 2024, given the factual nature of charges brought by the Government against the Defendant.

The Defendant has been charged with offenses stemming from events that occurred in Washington, D.C. on January 6, 2024. That day, and that subject, evoke very strong feelings amongst a large swathe of Americans, particularly residents of the District of Columbia who lived through those events in their own backyards.  It is a subject that has continued to be discussed and debated until today, and will certainly be a subject of what will likely be a hotly contested Presidential election given the candidates.  It is still so prevalent in the minds of both American citizens and Americans' elected representatives that it is a focal point of many current campaigns during this election cycle, including the re-election campaign of the current President.

The currently scheduled trial date would come in the immediate aftermath of the next Presidential election.  The emotions, reaction, and mood of the country – including potential jurors – cannot be predicted with any confidence or certainty.  To say the likely outcome remains "up in the air" would be an epic understatement.

In addition, The Department of Justice has stated that it is again ramping up prosecutions of January 6th cases this year, three-and-a half years after the events occurred. In the first year after January 6, 2021, there were 725 prosecutions.[1] In 2022, there were 275.[2]  And in 2023, there were 200.[3]  In the first quarter of 2024, DOJ prosecutors have stated that there are still anywhere between 700 and 1,300 additional indictments to hand down.[4]  It would be naïve to think that a political party's unambiguous admission to using January 6th as a key component of its election strategy coupled with a rise in prosecutions for offenses related to the events of that day are merely coincidence.

In the 2020 Presidential election, voters in the District of Columbia cast 92.15% of their votes for the Democrat candidate. 5.4% were for the

---

[1] Alexander, Keith L. (December 31, 2021). "Prosecutors break down charges, convictions for 725 arrested so far in Jan. 6
  attack on U.S. Capitol". Washington Post. Archived from the original on January 2, 2022.
[2] https://www.businessinsider.com/all-the-us-capitol-pro-trump-riot-arrests-charges-names-2021-1
[3] "District of Columbia | Three Years Since the Jan. 6 Attack on the Capitol". www.justice.gov. October 6, 2023.
[6] "General Election 2020 - Certified Results". D.C. Board of Elections.

Republican candidate.[5]  With partisans on both sides now stirring the pot and willfully using the events of January 6th as a drumbeat to fire up its base for purposes of electoral advantage, it is impossible to deny that prospective jurors will have heightened emotions that can affect impartiality. If a Democrat party nominee is elected President, many will be seeking vengeance against those who have been charged in relation to events on January 6th and vilified during the campaign season. Alternatively, the same can be said if a Republican party nominee wins: people will be looking for someone to punish because their candidate lost. To deny these likelihoods is to ignore the charged atmosphere and extreme division that exists politically in the United States at present.  It is also a denial of the psychology of the human mind.

      To receive a fair trial and for the reasons stated above, a continuance is needed to allow enough time for the emotions of both the election cycle and the rehashing of January 6th as a political cudgel to subside for those who might be called to serve as jurors.

      WHEREFORE, for the reasons set forth above, Defendant respectfully requests the Court continue the currently scheduled Pretrial Conference date of October 6, 2024 and the Trial date of November 12, 2024, as well as any other date in the scheduling order that would be effected by the continuance being sought.

---

[5] https://www.nytimes.com/2024/04/16/us/politics/jan-6-supreme-court-prosecutions.html

Dated: July 24, 2024                    Respectfully submitted,

                                                  _____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*/s/ James Lee Bright*
James Lee Bright
Texas Bar No.: 24001786
3300 Oak Lawn Ave., Suite 700
Dallas, Texas 75219
Phone: (214) 720-7777