```
Subject:Activity in Case 1:24-cr-00121-CRC USA v. BAKER Payment of Fee - Notice of Appeal
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Shipley, William on 7/26/2024 at 10:24 AM and filed on 7/26/2024
**Case Name:**            USA v. BAKER
**Case Number:**       1:24-cr-00121-CRC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Payment for [28] Notice of Appeal - Interlocutory by STEPHEN MICHAEL BAKER. ($605; Receipt number ADCDC-11052465) (Shipley, William)**


**1:24-cr-00121-CRC-1 Notice has been electronically mailed to:**

Adam Michael Dreher     adam.dreher@usdoj.gov, USADC.ECFCSS@usdoj.gov

Anita Eve     anita.eve@usdoj.gov

Bradford L Geyer     bradford.geyer@formerfedsgroup.com

Edward L. Tarpley , Jr     edwardtarpley@att.net

James Lee Bright     jlbrightlaw@gmail.com, wvhalllaw@gmail.com

William Lee Shipley , Jr    808Shipleylaw@gmail.com, ryan@808shipleylaw.com

**1:24-cr-00121-CRC-1 Notice will be delivered by other means to::**