UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 24-cr-00121-CRC |
| ) | |
| **STEVEN BAKER** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT BAKER'S ERRATA TO MOTION TO DISMISS COUNTS ONE, TWO, THREE, AND FOUR OF THE INFORMATION**

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

In Defendant Baker's Motion to Dismiss, the following reference was made:

"Attached as Exhibit "A" to this Motion is a chart listing the initials of other individuals who were present at the Capitol on January 6, 2021, in the capacity as paid journalists or freelance journalists, along with the organization they were employed by or affiliated with, or entities where their work covering the events of January 6 appeared as a news story."

When the motion was filed, Exhibit A was not attached due to formatting incompatibility and therefore, is now attached below as part of this Errata.

EXHIBIT A

| NAME | EMPLOYER |
|---|---|
| A.G. | South West News |
| A.G. | Reuters |
| A.H. | CBS |
| A.V. | WAPO |
| A.G. | Freelance |
| A.K. | AP |
| A.I. | Slate |
| B.G. | Freelance |
| B.A. | DHS |
| B.G. | Freelance |
| B.S. | Freelance |
| B.T. | Freelance |
| C.M. | Freelance |
| C.K. | Freelance |
| C.M. | Freelance |
| C.L. | Time |
| C.T. | Freelance |
| D.S. | FNTV |

| | |
|---|---|
| D.B. | Redux |
| E.D. | Freelance |
| E.R. | CNN |
| E.C. | NYT |
| E.H. | Freelance |
| E.W. | Bloomberg |
| E.S. | UPI |
| F.T. | NBC |
| G.G. | NBC |
| G.N. | The Hill |
| J.S. | Freelance |
| J.S. | Punchbowl News |
| J.R. | Freelance |
| J.A. | Freelance |
| J.D. | Freelance |
| J.U. | Boston Globe |
| J.L.S. | Getty |
| J.N. | Slate |
| J.B. | Punchbowl News |
| J.R. | Freelance |
| K.J. | Japan Times |
| K.N. | LA Times |
| K.D. | UPI |
| K.W. | CNN |
| L.G. | TF1FR |
| L.S. | WAPO |
| L.G.D. | PBS |
| L.R. | Alaska Public Media |
| L.M. | The New Yorker |
| M.R. | CNN |
| M.B.C. | AP |

| | |
|---|---|
| **M.R.** | Jewish Insider News |
| **M.P.** | Freelance |

Dated: September 5, 2024				Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*