UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 24-cr-00121-CRC |
| ) | |
| **STEPHEN BAKER,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## DEFENDANT STEPHEN BAKER'S NOTICE FOR TRIAL BY MAGISTRATE JUDGE

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

NOW comes Defendant Steven Baker by and through his counsel of record, William L. Shipley, Esq., respectfully submits this request and waiver to this Honorable Court to proceed to trial by a magistrate judge of the district.

Defendant Baker was charged with violations of 18 U.S.C. Sec.1752(a)(1) and (2) and 40 U.S.C. Sec. 5104(e)(2)(D) and (G) by and through a criminal complaint filed on February 21, 2024.

Pursuant to 18 U.S.C. Sec. 3401, a defendant that is charged with only misdemeanors may elect to expressly waive a trial, judgment and sentencing by a district judge and does so either in writing or by oral motion on the record.

Therefore, notice is hereby given that Defendant Baker waives his right to a trial, judgment, and sentencing by a district court judge and hereby elects to proceed to a trial by a magistrate judge for the District of Columbia.

Dated: September 11, 2024                    Respectfully submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com