# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **STEPHEN BAKER** ) <br> ) <br> **Defendant** ) <br> ) | Case No. 24-cr-00121-CRC |

## DEFENDANT STEPHEN BAKER'S MOTION FOR DEFENDANT AND COUNSEL TO APPEAR VIA VIDEOCONFERENCE FOR PRETRIAL CONFERENCE

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendant Stephen Baker, by and through his undersigned counsel of record William L. Shipley, and hereby respectfully makes this motion to allow Defendant Baker and undersigned counsel to appear via video for the Pretrial Conference on November 6, 2024.

Currently, Defendant Baker is set for trial before this Court on November 12, 2024.

As this Court is aware undersigned counsel is located and based out of the states of Hawaii and California and must travel to the District of Columbia for personal appearances. Undersigned only travels to the district when required to make an in-person appearance. Undersigned counsel has no other in-person appearances the week of November 4, 2024, other than the Pretrial Conference in this case

It does not appear that there are any substantive motions to be resolved at the Pretrial Conference. The defendant has signed a Waiver of Jury Trial and will be proceeding by way of bench trial. If no plea disposition is reached, it is possible that Defendant may proceed by way of Stipulated Bench Trial based on agreed-upon facts.

Undersigned has inquired whether Government Counsel objects to remote appearances for purposes of the Pretrial Conference, and Government counsel has advised that the Government does not oppose such an appearance.

Based thereon, Defendant Baker requests this Court allow both Defendant Baker and undersigned counsel to appear via videoconference for the November 6, 2024, Pretrial Conference. Defendant Baker will waive his

right to a personal appearance on the record at the time of the Pretrial Conference.

Dated: October 28, 2024        Respectfully submitted,

                                          /s/ William L. Shipley
                                          William L. Shipley, Jr., Esq.
                                          PO BOX 745
                                          Kailua, Hawaii 96734
                                          Tel: (808) 228-1341
                                          Email: 808Shipleylaw@gmail.com