UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 24-cr-00121-CRC |
| ) | |
| STEVEN BAKER ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT STEPHEN BAKER'S MOTION TO CONTINUE TRIAL**

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES, Defendant Stephen Baker, by and through his undersigned counsel of record, William L. Shipley, and respectfully files this Motion to Continue Trial.

On June 7, 2024, this Court set trial in this matter for November 12, 2024.

On August 31, 2024, Defendant Baker filed a Motion to Dismiss based on Selective Prosecution, and in the alternative to dismiss he requested that the Court order that discovery be provided the related to that claim.

On October 25, 2024, this Court denied Defendant Baker's motion to dismiss and his motion to compel discovery.

On October 31, 2024, Defendant Baker filed a motion for reconsideration of the Court's previous Order based on statements in the Court's Order that reflect a misunderstanding of facts that are not in dispute. These facts, properly understood, at least justify the discovery requested by Defendant Baker since it is beyond dispute that more than 60 identified journalists were on restricted ground or inside the Capitol on January 6 without authority from the U.S. Capitol Police to be there.

The Government has proffered an answer for why Mr. Baker has been singled out for prosecution. But that addresses only one-half of the inquiry. The unanswered question is why 60+ members of the media -- whose identities are known and about whom the evidence of their unlawful presence is widely available in the same pool of evidence that Government has used against hundreds of others – have been given a "pass" by the Department of Justice.

Given that the Government knows the identity of the 60+ journalists, identities that were provided by the Defense, it will likely not be too significant of an undertaking to provide discovery with regard to the investigation of these individuals, and reasons for why they have not been charged in the same manner as Mr. Baker. Absent such an explanation, the inference of selective prosecution based on the viewpoint of Mr. Baker's opinion journalism becomes nearly inescapable. Mr. Baker is entitled to discovery to allow him to establish a claim that he is being unconstitutionally prosecuted for his political views. To do that, the trial in this matter must be continued.

Dated: October 31, 2024             Respectfully Submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*