# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 24-3082**　　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　**1:24-cr-00121-CRC-1**

　　　　　　　　　　　　　　　　　　　　**Filed On: November 1, 2024** [2083270]

United States of America,

　　　　Appellee

　　v.

Stephen Michael Baker, also known as
Stephen Baker,

　　　	Appellant

### M A N D A T E

　　In accordance with the judgment of September 9, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed September 9, 2024