UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 24-cr-00121-CRC |
| ) | |
| STEPHEN BAKER, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT STEPHEN BAKER'S OBJECTIONS TO GOVERNMENT EXHIBITS**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

The Defense objects to all video exhibits to the extent the Government seeks to introduce any parts of the exhibit beyond that which is played in Court, subject to the Defense seeking to admit portions pursuant Rule 106. The Defendant does not object to identifying an entire video for the record for the purpose of identification, but any admitted exhibit should be limited to what is played and therefore deemed relevant.

Exh. 106 – Irrelevant

Exh. 207 -- in its entirety except the portions where the Defendant is shown. Request that the Govt specify the time stamp – between 2:21:00 and 2:26:00 where he appears.

Exh. 209 -- in its entirety except the portions where the Defendant is shown. Request that the Govt specify the time stamp – between 2:27:00 and 2:32:00 where he appears.

Exh. 210 -- in its entirety except the portions where the Defendant is shown. Request that the Govt specify the time stamp – between 2:31:00 and 2:36:00 where he appears.

Exh. 212 -- in its entirety except the portions where the Defendant is shown. Request that the Govt specify the time stamp – between 2:36:00 and 2:48:00 where he appears.

Exh. 218: – in its entirety except the portions where the Defendant is shown. Request that the Govt specify the time stamp – between 3:00:00 and 3:12:00 where he appears.

Exh. 301: Irrelevant.

Exh. 302: Irrelevant

Exh. 415 – Irrelevant.

Exh. 501 – in its entirety except the portions where the Defendant is shown.  Request that the Govt specify the time stamp – between 1:15:00 and 1:26:00 where he appears.

Exh. 502 – in its entirety except the portions where the Defendant is shown.  Request that the Govt specify the time stamp – between 6:24:30 and 3:32:30 where he appears.

Exh. 612 – object to all portions other than where the Defendant is speaking or is visible on camera.

Exh. 701 – Trump Jr. speech; object on the grounds of hearsay.

Exh. 702 – Trump Speech; object on hearsay grounds.

Exh. 704 – Object to entirety except where Defendant is shown – a period of 12 seconds, from 1:16 to 1:28 on the counter.

Dated: November 2, 2024                    Respectfully submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com