# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 24-cr-121-CRC** |
| **v.** | : | |
| | : | |
| **STEPHEN BAKER,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME FOR
## *JENCKS* PRODUCTION AND WITNESS ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully seeks an order to extend the time for the government's obligation to provide *Jencks* material, and an "order of call" of witnesses to the defendant, as ordered in this Court's Pre-Trial order, ECF No. 27.

On June 7, 2024, this Court ordered, "the Government shall provide to the defense an 'order of call' of witnesses for the following week and Jencks Act material for those witnesses." ECF No. 27, p. 3. Today would be the deadline to comply with the Court's order for the trial beginning next week.

On November 8, 2024, the defendant provided a notice of intent to plead guilty to the information. ECF No. 57. Presumably, such an intent would forego the need for trial; however, the government will still be prepared to move forward with the trial should the defendant's change of plea not be accepted by the Court. The government sought confirmation from the defendant there would be no opposition to delaying production of Jencks Act material as well as an order of call for Tuesday. The defendant confirmed that he has no opposition to such an order.

The government respectfully requests this Court extend its ordered compliance date to produce Jencks Act material, as well as an order of call of witnesses, to the defendant given his intention to change his plea on the morning of the scheduled trial.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
Michigan Bar No. P79246
601 D St. NW
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

MONIKA (ISIA) JASIEWICZ
Assistant United States Attorney
D.C. Bar No. 1024941
601 D St. NW
Washington, D.C. 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov