UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 24-cr-121-CRC |
| v. : | |
| : | |
| STEPHEN BAKER, : | |
| : | |
| Defendant. : | |

**ORDER**

Based upon the representations in the unopposed motion to extend time for Jencks Act material to be produced to the defendant, as well as an order of call for witnesses (ECF No. 58), it is hereby

**ORDERED** the government may comply with this Court's Pretrial Scheduling Order, should trial be necessary, by providing Jencks Act material during the Court's lunch break on November 12, 2024, or at the conclusion of the direct of any witness whose testimony concludes prior to that break.

_____
Honorable Christopher R. Cooper
United States District Judge