```
1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2        - - - - - - - - - - - - - - - x
         THE UNITED STATES OF AMERICA,
3                                            Criminal Action No.
                          Plaintiff,         1:24-cr-00121-CRC-1
4                                            Tuesday, November 12, 2024
         v.                                  10:12 a.m.
5
         STEPHEN MICHAEL BAKER,
6
                          Defendant.
7        - - - - - - - - - - - - - - - x
         _____
8
                    TRANSCRIPT OF PLEA AGREEMENT HEARING
9            HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                       UNITED STATES DISTRICT JUDGE
10       _____
         APPEARANCES:
11       For United States:      ADAM MICHAEL DREHER, ESQ.
                                 MONIKA BEATA JASIEWICZ, ESQ.
12                               UNITED STATES ATTORNEY'S OFFICE
                                 Capitol Siege
13                               601 D Street NW
                                 Washington, DC 20530
14                               (202) 252-1706
                                 adam.dreher@usdoj.gov
15                               isia.jasiewicz@usdoj.gov

16       For the Defendant:      WILLIAM LEE SHIPLEY, JR., ESQ.
                                 LAW OFFICES OF WILLIAM L. SHIPLEY
17                               PO Box 745
                                 Kailua, HI 96734
18                               (808) 228-1341
                                 808Shipleylaw@gmail.com
19
                                 EDWARD L. TARPLEY, JR., ESQ.
20                               EDWARD L. TARPLEY, JR., ATTORNEY AT LAW
                                 819 Johnston Street
21                               Alexandria, LA 71301
                                 (318) 487-1460
22                               edwardtarpley@att.net

23       Court Reporter:                Lisa A. Moreira, RDR, CRR
                                        Official Court Reporter
24                                      U.S. Courthouse, Room 6718
                                        333 Constitution Avenue, NW
25                                      Washington, DC  20001
                                        (202) 354-3187
```

```
 1                    P R O C E E D I N G S

 2          THE COURT:  Your Honor, we're on the record for

 3   Criminal Matter 24-cr-121, United States of America v.

 4   Stephen Michael Baker.

 5          Counsel, please approach and identify yourselves

 6   for the record starting with the government.

 7          MR. DREHER:  Good morning, Your Honor; Adam Dreher

 8   alongside Isia Jasiewicz on behalf of the United States.

 9          THE COURT:  Okay.  Good morning, Mr. Dreher.  Good

10   morning, everyone else.

11          MR. SHIPLEY:  Good morning, Your Honor; William

12   Shipley and Ed Tarpley on behalf of defendant Stephen Baker,

13   who is present in court.

14          THE COURT:  Okay.  Good morning, gentlemen.

15          Good morning, Mr. Baker.

16          All right.  Mr. Shipley, are we ready to proceed

17   with the guilty plea, as I understand you are?

18          MR. SHIPLEY:  We are, Your Honor.  Just --

19          THE COURT:  Come on up.

20          MR. SHIPLEY:  It was always our intention to

21   proceed one way or another today.

22          THE COURT:  Okay.  The Court received a notice

23   from you I believe on Friday that Mr. Baker is prepared to

24   plead guilty.

25          Mr. Baker, if you could step right up, please.
```

```
1    Come up.

2              Okay.  Sir, how are you feeling?

3              THE DEFENDANT:  I'm good.  Thank you, sir.

4              THE COURT:  Good.  Okay.

5              Before we get started, I'm going to need you to

6    raise your right hand to be sworn in by the courtroom

7    deputy.

8              (Defendant sworn)

9              THE COURTROOM DEPUTY:  Please state your name for

10   the record.

11             THE DEFENDANT:  Stephen Michael Baker.

12             THE COURTROOM DEPUTY:  Thank you.

13             THE COURT:  Okay.  Mr. Baker, I'm going to ask you

14   a few preliminary questions.  Where were you born?

15             Where were you born?

16             THE DEFENDANT:  Where was I born?

17             THE COURT:  Yes.

18             THE DEFENDANT:  Shreveport, Louisiana.

19             THE COURT:  All right.  Did you grow up in

20   Louisiana?

21             THE DEFENDANT:  I did.

22             THE COURT:  All right.  And how old are you, sir?

23             THE DEFENDANT:  I'm 64.

24             THE COURT:  And how far did you go in school?

25             THE DEFENDANT:  I'm sorry, I can't hear you.
```

```
 1              THE COURT:  How far did you go in school?
 2              THE DEFENDANT:  Some college.
 3              THE COURT:  Okay.  Where did you go to college?
 4              THE DEFENDANT:  Northeast Louisiana University.
 5              THE COURT:  All right.  And you can read and
 6    write, I take it.
 7              THE DEFENDANT:  Did I do what?
 8              THE COURT:  You can read and write, I take it.
 9              THE DEFENDANT:  I can read and write.
10              THE COURT:  All right.  Have you taken any drugs
11    or alcohol in the last 48 hours that would impair your
12    ability to concentrate this morning or to understand these
13    proceedings?
14              THE DEFENDANT:  No.  The only impairment I have is
15    that, being a musician my entire life, my ears are pretty
16    bad.
17              THE COURT:  So it's not just me?
18              THE DEFENDANT:  Yes.
19              THE COURT:  I'll try to keep my voice up.
20              Same question with respect to any drugs or
21    medication; either prescription drugs or over-the-counter
22    medication that might affect your ability to concentrate or
23    to understand the proceedings this morning?
24              THE DEFENDANT:  None whatsoever.
25              THE COURT:  Okay.  Have you been able to discuss
```

1    your decision to plead guilty with Mr. Shipley and your

2    other counsel?

3                THE DEFENDANT:  Yes, sir.

4                THE COURT:  And has he reviewed all the paperwork

5    with you?

6                THE DEFENDANT:  I have done that, Your Honor.

7                THE COURT:  Okay.  And have you been satisfied

8    with his services in the case thus far?

9                THE DEFENDANT:  I am satisfied.

10               THE COURT:  Okay.  Mr. Dreher, any competency

11   issues?

12               MR. DREHER:  No, Your Honor.

13               THE COURT:  Mr. Shipley?

14               MR. SHIPLEY:  No, Your Honor.

15               THE COURT:  Okay.  Based on the answers that

16   Mr. Baker has provided, I find that he is fully competent

17   and capable of entering an informed plea this morning.

18               Mr. Baker, as I'm sure Mr. Shipley has explained,

19   by pleading guilty you would be giving up certain rights,

20   the most important of which, at least on the Class A

21   misdemeanor, is a right to a jury trial.

22               Had you proceeded before a jury, Mr. Shipley would

23   have been able to represent you.  He would have been able to

24   cross-examine the government's witnesses.  He would have

25   been able to call witnesses on your behalf.

1    You would have been able to testify, and you would

2    have been presumed innocent of all charges unless and until

3    the government proved each of the elements of each of the

4    offenses beyond a reasonable doubt.

5    But by pleading guilty, you would be giving up

6    that right to a jury trial on the Class A misdemeanors or a

7    bench trial before me on the other counts.  Do you

8    understand that?

9    THE DEFENDANT:  Yes, Your Honor.

10    THE COURT:  And you're willing to proceed?

11    THE DEFENDANT:  I'm willing to proceed.

12    THE COURT:  Okay.  These are misdemeanors,

13    obviously, so as I'm sure Mr. Shipley has advised you, they

14    will not likely affect your federal civil rights, but there

15    could be some local state rights that you might give up

16    under those laws if you plead guilty.  Are you willing to

17    proceed nonetheless?

18    THE DEFENDANT:  I am willing to proceed.

19    THE COURT:  Okay.  You can have a seat.

20    Mr. Dreher, come on up.

21    All right.  So I've received a letter from

22    Mr. Shipley that indicates that he has -- that Mr. Baker is

23    willing to agree to certain facts that are set forth in the

24    affidavit that supported the criminal complaint in this

25    case.  The facts that are contained in Mr. Shipley's letter,

1    are those sufficient, in your view, to constitute -- are

2    they sufficient to support the finding of guilt on each of

3    the four counts?

4          MR. DREHER:  Yes, Your Honor, at least in terms of

5    this Court being able to infer intent based on the actions

6    of Mr. Baker on that day.

7          THE COURT:  Okay.

8          MR. DREHER:  But otherwise, given that Counts 2

9    and 3 are specific intent crimes, those would be the only

10   elements that the government would request that the Court

11   shore up today.

12         THE COURT:  2 and 3.  Counts 2 and 3?

13         MR. DREHER:  Yes, Your Honor.

14         THE COURT:  And the specific intent is knowingly

15   entering the Capitol?

16         MR. DREHER:  So the specific intent for Count 2

17   would be disorderly or disruptive conduct with the intent to

18   impede government function.

19         In Count 3, it's disorderly or disruptive conduct

20   with the intent to impede a session of Congress.

21         THE COURT:  Okay.  I'll tell you what, why don't

22   you -- and Mr. Shipley, has Mr. Baker now signed the letter

23   that you have submitted?

24         MR. SHIPLEY:  He has not yet, Your Honor.  I

25   apologize.

1          THE COURT:  All right.

2          MR. SHIPLEY:  And I did not bring a physical copy

3    for him to do so.

4          THE COURT:  Ms. Jenkins, could we print out a copy

5    of ECF No. 57.

6          MS. JASIEWICZ:  Your Honor, I have a copy.

7          THE COURT:  Great.  Thank you.

8          Okay.  Mr. Dreher, in the meantime, why don't

9    you put on the record the elements of each offense and the

10   facts that the government would be prepared to prove by

11   reference to the facts that Mr. Baker has acknowledged in

12   Mr. Shipley's letter, including the two *mens rea* elements of

13   Counts 2 and 3.

14         MR. DREHER:  Yes, Your Honor.

15         In Count 1, the elements, the government agrees

16   with what has been outlined within the letter.  The first

17   element is that the defendant entered or remained in a

18   restricted building or grounds without lawful authority to

19   do so, with the second element being that the defendant did

20   so knowingly.

21         Count 2 requires that the defendant engaged in

22   disorderly or disruptive conduct in or in proximity to any

23   restricted building or grounds, that the defendant did so

24   knowingly and with the intent to impede or disrupt the

25   orderly conduct of government business or official

1    functions, and that the defendant's conduct in fact impeded

2    or disrupted the orderly conduct of government business or

3    official functions.

4            Count 3 requires that the defendant engaged in

5    disorderly or disruptive conduct in any of the United States

6    Capitol buildings, that the defendant did so with the intent

7    to impede, disrupt, or disturb the orderly conduct of a

8    session of Congress or either house of Congress, and third

9    that the defendant acted willfully and knowingly.

10           And Count 4 requires that the defendant paraded,

11   demonstrated, or picketed in any of the United States

12   Capitol buildings, and that the defendant acted willfully

13   and knowingly.

14           THE COURT:  Okay.  Let's pause there.

15           Mr. Baker, bring that microphone closer to you and

16   make sure that it's on.  You've just heard Mr. Dreher recite

17   the elements of each of the four offenses or the four

18   charges against you.  In other words, those are the things

19   that the government would have to prove beyond a reasonable

20   doubt had this case gone to trial.  Do you understand each

21   of those elements?

22           THE DEFENDANT:  I do understand them, Your Honor.

23           THE COURT:  Okay.  Please proceed, Mr. Dreher.

24           MR. DREHER:  Yes, Your Honor.

25           Had this case proceeded to trial, the government

1    would have shown that the defendant did enter the restricted

2    area at approximately 2:17 p.m. and traveled -- or, excuse

3    me, I'm sorry, at 1:17 p.m., traveled to the West Plaza

4    where he was able to observe a phalanx of officers guarding

5    the West Plaza during which he would have observed not only

6    violence as well as other conduct to indicate he was not

7    allowed to be present, but also would have heard the various

8    sirens as well as yelling and chants in terms of his not

9    being allowed to be present there.

10          At trial, the government would have shown that the

11    defendant continued forward past that line and into the

12    building itself -- entering through the Senate Wing Door at

13    approximately 2:19 p.m. -- where he then continued through

14    the Capitol building alongside other members that had also

15    entered the building unlawfully to where he then went

16    towards the House Chamber and, while immediately outside,

17    came across another line of officers.  This line had guns

18    drawn and were reacting to a "shots fired" call where the

19    defendant repeatedly interjected and continued towards the

20    officer in an aggressive manner asking, "Are you going to

21    use those guns on us?"

22          It was at this point the officers continued to

23    push the defendant backwards, and the defendant then slipped

24    downstairs to the first floor where at trial the government

25    would show that the defendant left the building soon after,

1    at approximately 2:56 p.m.  The defendant would have been

2    inside the building -- or, excuse me, the government would

3    show that the defendant was inside the building for 37

4    minutes.

5            However, his time at the Capitol grounds did not

6    end after he left the building.  At trial, the government

7    would continue to show that although the defendant then left

8    the grounds, he returned some time later, and continued to

9    interfere with officers attempting to clear the grounds

10   after nightfall.

11           Thank you.

12           THE COURT:  Okay.  You can have a seat.

13           Mr. Shipley, Mr. Baker, please approach.

14           Mr. Baker, you just heard Mr. Dreher describe the

15   facts that the government would be prepared to show at trial

16   by reference to the document that Mr. Shipley submitted on

17   Friday.  Did he get anything wrong?

18           THE DEFENDANT:  I understood what he said, Your

19   Honor.  There was quite a bit wrong, but I would have

20   presented that in trial.  But I'm not doing that.

21           THE COURT:  Okay.  Let's stick to the facts that

22   are contained in Mr. Shipley's letter.  Did you review

23   those?

24           THE DEFENDANT:  Yes, Your Honor.

25           THE COURT:  And you signed the letter?

1           THE DEFENDANT:  I did sign the letter.

2           THE COURT:  After reviewing it with Mr. Shipley?

3           THE DEFENDANT:  Yes, Your Honor.

4           THE COURT:  Okay.  And so you acknowledge that you

5    engaged in those facts today?

6           THE DEFENDANT:  I acknowledge that I signed the

7    letter and agreed to its contents.

8           THE COURT:  Okay.  And in addition to those facts,

9    do you agree that you had the intent to impede government

10   business with respect to Count 2 and that you had the -- and

11   that you acted with the intent to impede a session of

12   Congress with respect to Count 3?

13          THE DEFENDANT:  I am pleading guilty to those

14   counts, Your Honor.

15          THE COURT:  That was not my question, sir.  Do you

16   acknowledge that conduct and that state of mind, which is a

17   required element of the offense?

18          THE DEFENDANT:  May I speak to my attorney?

19          THE COURT:  You may.

20          (Defendant confers with counsel)

21          THE DEFENDANT:  Thank you, Your Honor.

22          THE COURT:  Do you agree that you intended to

23   impede government functions with respect to Count 2 and

24   intended to impede a session of Congress as required in

25   Count 3?

1    THE DEFENDANT:  I agree to the evidence as it is

2  presented, Your Honor.

3    MR. SHIPLEY:  Your Honor, as Mr. Dreher stated

4  when he came up --

5    THE COURT:  As presented where?

6    THE DEFENDANT:  In that letter.

7    THE COURT:  That letter does not -- where in the

8  letter does it acknowledge that element of Counts 2 and 3,

9  Mr. Shipley?

10    MR. SHIPLEY:  Well, Your Honor, my comment would

11  be Mr. Dreher led by saying to the extent that intent can be

12  inferred from his conduct, he is not offering contrary

13  evidence.  We are not denying it can be inferred from his

14  conduct.

15    THE COURT:  Is that correct, Mr. Baker?

16    THE DEFENDANT:  That is correct, Your Honor.

17    THE COURT:  Okay.

18    MR. SHIPLEY:  We acknowledge there's other

19  evidence.

20    THE COURT:  Okay.

21    MR. SHIPLEY:  The government would do whatever it

22  might do with that evidence, much of which the Court's

23  already seen and heard.

24    He would have to testify to bring in to the record

25  a contrary version.  We're not going to do that.

1      THE COURT:  Is that sufficient, Mr. Dreher?

2      MR. DREHER:  Your Honor, as long as the defendant

3  would be able to agree that the government could prove that

4  beyond a reasonable doubt had this gone to trial, I believe

5  that would be sufficient for this Court to accept the guilty

6  plea, yes.

7      THE COURT:  Okay.

8      MR. SHIPLEY:  And that's acceptable.  We agree

9  that that evidence --

10     THE COURT:  Mr. Baker, the evidence set forth in

11  Mr. Shipley's letter, do you agree that the government,

12  based on that evidence, would be able to prove each element,

13  including the intent elements, of those four counts had this

14  case gone to a jury?

15     THE DEFENDANT:  Yes, Your Honor.

16     THE COURT:  Okay.  Very well.

17     And I think finally, do you acknowledge that you

18  knew that the vice president was at the Capitol for purposes

19  of the two restricted building counts?

20     THE DEFENDANT:  Yes, Your Honor.

21     THE COURT:  Okay.  I'm not sure that that's

22  required, but --

23     MR. SHIPLEY:  That would have never been an issue

24  in this case.  He clearly knew.

25     THE COURT:  Okay.  Very well.

1          Okay.  Mr. Baker, if this case proceeds to

2   sentencing, the probation office will prepare a report.

3   There will be a recommendation by the probation office as

4   well as by Mr. Shipley and by the government as to what an

5   appropriate sentence should be, and the Court will fashion a

6   sentence based on all of that information.  Do you

7   understand that?

8          THE DEFENDANT:  Yes, Your Honor.

9          THE COURT:  Okay.  A few more questions.

10          Anyone forcing you to plead guilty today?

11          THE DEFENDANT:  No, sir, Your Honor.

12          THE COURT:  Anyone made any promises to you in

13   connection with your plea?

14          THE DEFENDANT:  No, Your Honor.

15          THE COURT:  Are you pleading guilty voluntarily

16   and of your own free will?

17          THE DEFENDANT:  Yes, Your Honor.

18          THE COURT:  And is there anything you don't

19   understand or would like to ask me or Mr. Shipley about?

20          THE DEFENDANT:  I think I'm in a good place, Your

21   Honor.  Thank you.

22          THE COURT:  Okay.  And what is your plea?

23          What is your plea?

24          THE DEFENDANT:  To all the counts?

25          THE COURT:  Yes.

1          THE DEFENDANT:  I am pleading guilty today.

2          THE COURT:  The Court is satisfied that Mr. Baker

3     is fully competent and capable of making a decision today,

4     that he understands the nature of the charges and the

5     consequences of his plea, that the guilty plea is knowing

6     and voluntary, that he is acting of his own free will, and

7     that there is an adequate factual basis containing each of

8     the essential elements of the offenses for his plea;

9     therefore, the guilty pleas are entered, and the defendant

10    is now adjudged guilty of the offenses set forth in Counts 1

11    through 4 of the information.

12          I would like to go ahead and set a sentencing

13    date, Ms. Jenkins.

14          THE COURTROOM DEPUTY:  Yes, Your Honor.  We could

15    set this for March 6, 2025, at 10:00 a.m.

16          THE COURT:  The Court will set sentencing in this

17    matter on March 6, 2025, at 10:00 a.m., and obviously we can

18    easily vacate that if intervening events come to pass.

19          All right.  So I usually reserve my comments

20    to defendants until sentencing, after I've learned a lot

21    more about them from the probation office and the

22    submissions of the parties, but since I may well not see you

23    again, Mr. Baker, I thought I would hazard just a few

24    observations at this stage.

25          I don't know a whole lot about you, except for the

1    few Zoom hearings that we have participated in over the

2    months, but I did spend some time over the weekend reviewing

3    some of your public statements about January 6th, and there

4    were a few things that frankly I found troubling, not the

5    least of which is your statement that you agree with what

6    happened on January 6th 100 percent.  Since you've obviously

7    covered the events and are aware of what happened, I can

8    only assume that that includes all of the property

9    destruction, all of the violence that was leveled at law

10    enforcement, and that most likely would have been leveled at

11    members of Congress and their staff had they not been

12    evacuated.

13           Now, perhaps you have reassessed those comments.

14    I don't know.  But I'm not going to dwell on it because if

15    you haven't reassessed those comments I'm not sure there's

16    anything I can say here today that would change your mind

17    about that.  All right.

18           But another thing that I found troubling -- and

19    it's something that I think is worth addressing today -- are

20    comments and references about this Court and its handling of

21    the January 6th cases.  You say that the Court is

22    weaponized.  You've suggested that defendants cannot get a

23    fair trial in Washington, D.C.

24           Again, maybe your comments were taken out of

25    context, maybe you don't really believe that, but to the

1    extent that that's what you meant to convey, I have to take

2    issue with that, okay, because I've lived this stuff for the

3    last four years.  And as I've told many defendants, and as I

4    think many of my colleagues have expressed as well, January

5    6th was not just an attack on the Capitol, it was also an

6    assault on the rule of law.  And by contrast, in my humble

7    opinion, this Court's handling of the prosecutions have been

8    a vindication of the rule of law, and let me tell you what I

9    mean by that.

10           First, the cases have been handled promptly and

11   efficiently.  We've seen over 400, maybe over -- I'm sorry,

12   1400, maybe over 1500 at this point, defendants.  We've

13   conducted over 200 trials.  That has required an enormous

14   amount of work and effort not only by the judges, but more

15   importantly by our court staff, by the probation office, and

16   by all the folks who make this place work.

17           Second, all of those proceedings have been open,

18   and they've been transparent.  That was no small task during

19   COVID when we had to reconfigure our courtrooms and devote

20   three to four courtrooms just to hold one trial in order to

21   ensure press access and public access and to protect our

22   jurors and all the other participants from COVID.

23           Third, in my view, all of the proceedings,

24   including the trials, have been fair.  Defendants have been

25   afforded due process.  They have been represented by some

1     excellent defense lawyers, most notably from Federal Public

2     Defender offices throughout the country who have helped --

3     come to Washington and sacrificed their time and their

4     practice to help us process all of these cases.

5          As judges, we have honestly grappled with lots of

6     very difficult legal issues that attorneys have rightfully

7     raised on behalf of their clients.  We've not always agreed

8     with the government.  We've not always agreed with each

9     other.  And many of our rulings have been subject to

10    appellate review, including by the Supreme Court, which is

11    all a part of the rule of law.  And those disagreements have

12    not been based on partisanship, but on honest, good faith

13    efforts to interpret the laws as we see them.  And through,

14    you know, hundreds of voir dires we have strived to select

15    juries that can be fair, and in my experience that has been

16    the case.

17         Fourth, and perhaps most importantly, as in all

18    cases the proceedings have been governed by evidence and

19    facts, and the testimony of witnesses subject to cross-

20    examination, and the application of established laws and

21    procedures to those facts.  They have not been governed by

22    unsupported opinions and conspiracy theories.

23         And as a result, at least -- only speaking for the

24    hundred or so cases that I've handled -- the results have

25    been fair and just.  The pleas and the verdicts have been

1    fully supported by the evidence and the law, and at least in

2    my court the sentences have resulted from individualized

3    consideration of each defendant based on the factors that I

4    am legally required to consider recognizing that January 6th

5    was not a monolith; that people came to D.C. from all

6    different places, decided to enter the Capitol for all

7    different reasons, and they did different things, and they

8    all -- and they took different lessons from their

9    experiences.  And as a result, the sentences have ranged

10   from probation to lengthy and, in my view, deserved

11   prison sentences for the most serious and unrepentant

12   offenders.

13          And all of that is to say that the proceedings

14   in this court and in this courthouse generally have taken

15   place -- have exemplified the rule of law, which is in stark

16   contrast to the mob rule that was on display by some, but

17   not all, defendants on January 6th.

18          Now, of course you have a First Amendment right to

19   say and think otherwise, and that's fine.  I mean, it's part

20   of the Court's role to protect that right, and fortunately

21   we have it.  But I would ask you just to consider some of

22   the things that I've said and the effect that your

23   commentary has on the legitimacy of the Courts -- who are,

24   after all, the protectors of those rights -- as you go about

25   exercising your rights.  Okay?

```
1              THE DEFENDANT:  Yes, Your Honor.

2              THE COURT:  All right.  With that, we are

3      adjourned.

4              Anything else, Counsel?

5              MR. DREHER:  Your Honor, does the Court wish to

6      set a sentencing memo date as well?

7              THE COURT:  Seven days beforehand --

8              MR. DREHER:  Yes, Your Honor.  Thank you.

9              THE COURT:  -- as always, and obviously keep me

10     posted about any developments in the meantime.

11             MR. DREHER:  Yes, Your Honor.

12             MR. SHIPLEY:  Your Honor, this Court fashioned a

13     special condition for Mr. Baker to allow him to come and go

14     for employment purposes since he covers the events in

15     Washington, D.C.

16             THE COURT:  Yes, the same conditions pretrial will

17     continue in place until sentencing.

18             MR. SHIPLEY:  Okay.  I understand that.  I just

19     want the Court to know he plans on traveling back and forth

20     regularly as we work through the events of the next ten

21     weeks.

22             THE COURT:  So long as you comply with the

23     conditions and keep the probation office apprised of your

24     whereabouts, then that's fine with me.

25             MR. SHIPLEY:  Thank you, Your Honor.
```

1          THE COURT:  All right.  We're adjourned.

2              (Whereupon the hearing was

3              concluded at 10:39 a.m.)

4        **CERTIFICATE OF OFFICIAL COURT REPORTER**

5

6          I, LISA A. MOREIRA, RDR, CRR, do hereby

7    certify that the above and foregoing constitutes a true and

8    accurate transcript of my stenographic notes and is a full,

9    true and complete transcript of the proceedings to the best

10   of my ability.

11        Dated this 15th day of November, 2024.

12

13

14                              /s/Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
15                              United States Courthouse
                                Room 6718
16                              333 Constitution Avenue, NW
                                Washington, DC 20001

17

18

19

20

21

22

23

24

25

## /

**/s/Lisa** [1] - 22:13

## 1

**1** [2] - 8:15, 16:10
**100** [1] - 17:6
**10:00** [2] - 16:15, 16:17
**10:12** [1] - 1:4
**10:39** [1] - 22:3
**12** [1] - 1:4
**1400** [1] - 18:12
**1500** [1] - 18:12
**15th** [1] - 22:11
**1:17** [1] - 10:3
**1:24-cr-00121-CRC-1** [1] - 1:3

## 2

**2** [9] - 7:8, 7:12, 7:16, 8:13, 8:21, 12:10, 12:23, 13:8
**200** [1] - 18:13
**20001** [2] - 1:25, 22:16
**202** [2] - 1:14, 1:25
**2024** [2] - 1:4, 22:11
**2025** [2] - 16:15, 16:17
**20530** [1] - 1:13
**228-1341** [1] - 1:18
**24-cr-121** [1] - 2:3
**252-1706** [1] - 1:14
**2:17** [1] - 10:2
**2:19** [1] - 10:13
**2:56** [1] - 11:1

## 3

**3** [9] - 7:9, 7:12, 7:19, 8:13, 9:4, 12:12, 12:25, 13:8
**318** [1] - 1:21
**333** [2] - 1:24, 22:15
**354-3187** [1] - 1:25
**37** [1] - 11:3

## 4

**4** [2] - 9:10, 16:11
**400** [1] - 18:11
**48** [1] - 4:11
**487-1460** [1] - 1:21

## 5

**57** [1] - 8:5

## 6

**6** [2] - 16:15, 16:17

**601** [1] - 1:13
**64** [1] - 3:23
**6718** [2] - 1:24, 22:15
**6th** [6] - 17:3, 17:6, 17:21, 18:5, 20:4, 20:17

## 7

**71301** [1] - 1:21
**745** [1] - 1:17

## 8

**808** [1] - 1:18
**808Shipleylaw@gmail.com** [1] - 1:18
**819** [1] - 1:20

## 9

**96734** [1] - 1:17

## A

**a.m** [4] - 1:4, 16:15, 16:17, 22:3
**ability** [3] - 4:12, 4:22, 22:10
**able** [9] - 4:25, 5:23, 5:25, 6:1, 7:5, 10:4, 14:3, 14:12
**accept** [1] - 14:5
**acceptable** [1] - 14:8
**access** [2] - 18:21
**accurate** [1] - 22:8
**acknowledge** [6] - 12:4, 12:6, 12:16, 13:8, 13:18, 14:17
**acknowledged** [1] - 8:11
**acted** [3] - 9:9, 9:12, 12:11
**acting** [1] - 16:6
**Action** [1] - 1:3
**actions** [1] - 7:5
**ADAM** [1] - 1:11
**Adam** [1] - 2:7
**adam.dreher@usdoj.gov** [1] - 1:14
**addition** [1] - 12:8
**addressing** [1] - 17:19
**adequate** [1] - 16:7
**adjourned** [2] - 21:3, 22:1
**adjudged** [1] - 16:10
**advised** [1] - 6:13
**affect** [2] - 4:22, 6:14
**affidavit** [1] - 6:24
**afforded** [1] - 18:25
**aggressive** [1] - 10:20

**agree** [8] - 6:23, 12:9, 12:22, 13:1, 14:3, 14:8, 14:11, 17:5
**agreed** [3] - 12:7, 19:7, 19:8
**AGREEMENT** [1] - 1:8
**agrees** [1] - 8:15
**ahead** [1] - 16:12
**alcohol** [1] - 4:11
**Alexandria** [1] - 1:21
**allow** [1] - 21:13
**allowed** [2] - 10:7, 10:9
**alongside** [2] - 2:8, 10:14
**Amendment** [1] - 20:18
**AMERICA** [1] - 1:2
**America** [1] - 2:3
**amount** [1] - 18:14
**answers** [1] - 5:15
**apologize** [1] - 7:25
**APPEARANCES** [1] - 1:10
**appellate** [1] - 19:10
**application** [1] - 19:20
**apprised** [1] - 21:23
**approach** [2] - 2:5, 11:13
**appropriate** [1] - 15:5
**area** [1] - 10:2
**assault** [1] - 18:6
**assume** [1] - 17:8
**AT** [1] - 1:20
**attack** [1] - 18:5
**attempting** [1] - 11:9
**attorney** [1] - 12:18
**ATTORNEY** [1] - 1:20
**ATTORNEY'S** [1] - 1:12
**attorneys** [1] - 19:6
**authority** [1] - 8:18
**Avenue** [2] - 1:24, 22:15
**aware** [1] - 17:7

## B

**backwards** [1] - 10:23
**bad** [1] - 4:16
**BAKER** [1] - 1:5
**Baker** [22] - 2:4, 2:12, 2:15, 2:23, 2:25, 3:11, 3:13, 5:16, 5:18, 6:22, 7:6, 7:22, 8:11, 9:15, 11:13, 11:14, 13:15, 14:10, 15:1, 16:2, 16:23, 21:13
**based** [6] - 5:15, 7:5,

14:12, 15:6, 19:12, 20:3
**basis** [1] - 16:7
**BEATA** [1] - 1:11
**BEFORE** [1] - 1:9
**beforehand** [1] - 21:7
**behalf** [4] - 2:8, 2:12, 5:25, 19:7
**bench** [1] - 6:7
**best** [1] - 22:9
**beyond** [3] - 6:4, 9:19, 14:4
**bit** [1] - 11:19
**born** [3] - 3:14, 3:15, 3:16
**Box** [1] - 1:17
**bring** [3] - 8:2, 9:15, 13:24
**building** [10] - 8:18, 8:23, 10:12, 10:14, 10:15, 10:25, 11:2, 11:3, 11:6, 14:19
**buildings** [1] - 9:6, 9:12
**business** [3] - 8:25, 9:2, 12:10

## C

**cannot** [1] - 17:22
**capable** [2] - 5:17, 16:3
**Capitol** [9] - 1:12, 7:15, 9:6, 9:12, 10:14, 11:5, 14:18, 18:5, 20:6
**case** [8] - 5:8, 6:25, 9:20, 9:25, 14:14, 14:24, 15:1, 19:16
**cases** [5] - 17:21, 18:10, 19:4, 19:18, 19:24
**certain** [2] - 5:19, 6:23
**CERTIFICATE** [1] - 22:4
**certify** [1] - 22:7
**Chamber** [1] - 10:16
**change** [1] - 17:16
**chants** [1] - 10:8
**charges** [3] - 6:2, 9:18, 16:4
**CHRISTOPHER** [1] - 1:9
**civil** [1] - 6:14
**Class** [2] - 5:20, 6:6
**clear** [1] - 11:9
**clearly** [1] - 14:24
**clients** [1] - 19:7
**closer** [1] - 9:15
**colleagues** [1] - 18:4

**college** [2] - 4:2, 4:3
**COLUMBIA** [1] - 1:1
**comment** [1] - 13:10
**commentary** [1] - 20:23
**comments** [5] - 16:19, 17:13, 17:15, 17:20, 17:24
**competency** [1] - 5:10
**competent** [2] - 5:16, 16:3
**complaint** [1] - 6:24
**complete** [1] - 22:9
**comply** [1] - 21:22
**concentrate** [2] - 4:12, 4:22
**concluded** [1] - 22:3
**condition** [1] - 21:13
**conditions** [2] - 21:16, 21:23
**conduct** [12] - 7:17, 7:19, 8:22, 8:25, 9:1, 9:2, 9:5, 9:7, 10:6, 12:16, 13:12, 13:14
**conducted** [1] - 18:13
**confers** [1] - 12:20
**Congress** [6] - 7:20, 9:8, 12:12, 12:24, 17:11
**connection** [1] - 15:13
**consequences** [1] - 16:5
**consider** [2] - 20:4, 20:21
**consideration** [1] - 20:3
**conspiracy** [1] - 19:22
**constitute** [1] - 7:1
**constitutes** [1] - 22:7
**Constitution** [2] - 1:24, 22:15
**contained** [2] - 6:25, 11:22
**containing** [1] - 16:7
**contents** [1] - 12:7
**context** [1] - 17:25
**continue** [2] - 11:7, 21:17
**continued** [5] - 10:11, 10:13, 10:19, 10:22, 11:8
**contrary** [2] - 13:12, 13:25
**contrast** [2] - 18:6, 20:16
**convey** [1] - 18:1
**COOPER** [1] - 1:9
**copy** [3] - 8:2, 8:4, 8:6
**correct** [2] - 13:15, 13:16

**Counsel** [2] - 2:5, 21:4
**counsel** [2] - 5:2, 12:20
**Count** [10] - 7:16, 7:19, 8:15, 8:21, 9:4, 9:10, 12:10, 12:12, 12:23, 12:25
**counter** [1] - 4:21
**country** [1] - 19:2
**Counts** [5] - 7:8, 7:12, 8:13, 13:8, 16:10
**counts** [6] - 6:7, 7:3, 12:14, 14:13, 14:19, 15:24
**course** [1] - 20:18
**COURT** [72] - 1:1, 2:2, 2:9, 2:14, 2:19, 2:22, 3:4, 3:13, 3:17, 3:19, 3:22, 3:24, 4:1, 4:3, 4:5, 4:8, 4:10, 4:17, 4:19, 4:25, 5:4, 5:7, 5:10, 5:13, 5:15, 6:10, 6:12, 6:19, 7:7, 7:12, 7:14, 7:21, 8:1, 8:4, 8:7, 9:14, 9:23, 11:12, 11:21, 11:25, 12:2, 12:4, 12:8, 12:15, 12:19, 12:22, 13:5, 13:7, 13:15, 13:17, 13:20, 14:1, 14:7, 14:10, 14:16, 14:21, 14:25, 15:9, 15:12, 15:15, 15:18, 15:22, 15:25, 16:2, 16:16, 21:2, 21:7, 21:9, 21:16, 21:22, 22:1, 22:4
**court** [4] - 2:13, 18:15, 20:2, 20:14
**Court** [16] - 1:23, 1:23, 2:22, 7:5, 7:10, 14:5, 15:5, 16:2, 16:16, 17:20, 17:21, 19:10, 21:5, 21:12, 21:19, 22:14
**Court's** [3] - 13:22, 18:7, 20:20
**courthouse** [1] - 20:14
**Courthouse** [2] - 1:24, 22:14
**courtroom** [1] - 3:6
**COURTROOM** [3] - 3:9, 3:12, 16:14
**courtrooms** [2] - 18:19, 18:20
**Courts** [1] - 20:23
**covered** [1] - 17:7
**covers** [1] - 21:14
**COVID** [2] - 18:19, 18:22

**crimes** [1] - 7:9
**Criminal** [2] - 1:3, 2:3
**criminal** [1] - 6:24
**cross** [2] - 5:24, 19:19
**cross-examine** [1] - 5:24
**CRR** [3] - 1:23, 22:6, 22:13

## D

**D.C** [3] - 17:23, 20:5, 21:15
**date** [2] - 16:13, 21:6
**Dated** [1] - 22:11
**days** [1] - 21:7
**DC** [3] - 1:13, 1:25, 22:16
**decided** [1] - 20:6
**decision** [2] - 5:1, 16:3
**DEFENDANT** [42] - 3:3, 3:11, 3:16, 3:18, 3:21, 3:23, 3:25, 4:2, 4:4, 4:7, 4:9, 4:14, 4:18, 4:24, 5:3, 5:6, 5:9, 6:9, 6:11, 6:18, 9:22, 11:18, 11:24, 12:1, 12:3, 12:6, 12:13, 12:18, 12:21, 13:1, 13:6, 13:16, 14:15, 14:20, 15:8, 15:11, 15:14, 15:17, 15:20, 15:24, 16:1, 21:1
**defendant** [24] - 2:12, 3:8, 8:17, 8:19, 8:21, 8:23, 9:4, 9:6, 9:9, 9:10, 9:12, 10:1, 10:11, 10:19, 10:23, 10:25, 11:1, 11:3, 11:7, 12:20, 14:2, 16:9, 20:3
**Defendant** [2] - 1:6, 1:16
**defendant's** [1] - 9:1
**defendants** [6] - 16:20, 17:22, 18:3, 18:12, 18:24, 20:17
**Defender** [1] - 19:2
**defense** [1] - 19:1
**demonstrated** [1] - 9:11
**denying** [1] - 13:13
**deputy** [1] - 3:7
**DEPUTY** [3] - 3:9, 3:12, 16:14
**describe** [1] - 11:14
**deserved** [1] - 20:10
**destruction** [1] - 17:9
**developments** [1] -

21:10
**devote** [1] - 18:19
**different** [4] - 20:6, 20:7, 20:8
**difficult** [1] - 19:6
**dires** [1] - 19:14
**disagreements** [1] - 19:11
**discuss** [1] - 4:25
**disorderly** [4] - 7:17, 7:19, 8:22, 9:5
**display** [1] - 20:16
**disrupt** [2] - 8:24, 9:7
**disrupted** [1] - 9:2
**disruptive** [4] - 7:17, 7:19, 8:22, 9:5
**DISTRICT** [3] - 1:1, 1:1, 1:9
**disturb** [1] - 9:7
**document** [1] - 11:16
**done** [1] - 5:6
**Door** [1] - 10:12
**doubt** [3] - 6:4, 9:20, 14:4
**downstairs** [1] - 10:24
**drawn** [1] - 10:18
**DREHER** [13] - 1:11, 2:7, 5:12, 7:4, 7:8, 7:13, 7:16, 8:14, 9:24, 14:2, 21:5, 22:8, 21:11
**Dreher** [11] - 2:7, 2:9, 5:10, 6:20, 8:8, 9:16, 9:23, 11:14, 13:3, 13:11, 14:1
**drugs** [4] - 4:10, 4:20, 4:21
**due** [1] - 18:25
**during** [2] - 10:5, 18:18
**dwell** [1] - 17:14

## E

**ears** [1] - 4:15
**easily** [1] - 16:18
**ECF** [1] - 8:5
**Ed** [1] - 2:12
**EDWARD** [2] - 1:19, 1:20
**edwardtarpley@att. net** [1] - 1:22
**effect** [1] - 20:22
**efficiently** [1] - 18:11
**effort** [1] - 18:14
**efforts** [1] - 19:13
**either** [2] - 4:21, 9:8
**element** [5] - 8:17, 8:19, 12:17, 13:8, 14:12

**elements** [9] - 6:3, 7:10, 8:9, 8:12, 8:15, 9:17, 9:21, 14:13, 16:8
**employment** [1] - 21:14
**end** [1] - 11:6
**enforcement** [1] - 17:10
**engaged** [3] - 8:21, 9:4, 12:5
**enormous** [1] - 18:13
**ensure** [1] - 9:8
**enter** [2] - 10:1, 20:6
**entered** [3] - 8:17, 10:15, 16:9
**entering** [3] - 5:17, 7:15, 10:12
**entire** [1] - 4:15
**ESQ** [4] - 1:11, 1:11, 1:16, 1:19
**essential** [1] - 16:8
**established** [1] - 19:20
**evacuated** [1] - 17:12
**events** [4] - 16:18, 17:7, 21:14, 21:20
**evidence** [9] - 13:1, 13:13, 13:19, 13:22, 14:9, 14:10, 14:12, 19:18, 20:1
**examination** [1] - 19:20
**examine** [1] - 5:24
**excellent** [1] - 19:1
**except** [1] - 16:25
**excuse** [2] - 10:2, 11:2
**exemplified** [1] - 20:15
**exercising** [1] - 20:25
**experience** [1] - 19:15
**experiences** [1] - 20:9
**explained** [1] - 5:18
**expressed** [1] - 18:4
**extent** [2] - 13:11, 18:1

## F

**fact** [1] - 9:1
**factors** [1] - 20:3
**facts** [10] - 6:23, 6:25, 8:10, 8:11, 11:15, 11:21, 12:5, 12:8, 19:19, 19:21
**factual** [1] - 16:7
**fair** [4] - 17:23, 18:24, 19:15, 19:25
**faith** [1] - 19:12
**far** [3] - 3:24, 4:1, 5:8
**fashion** [1] - 15:5
**fashioned** [1] - 21:12
**federal** [1] - 6:14

**Federal** [1] - 19:1
**few** [5] - 3:14, 15:9, 16:23, 17:1, 17:4
**finally** [1] - 14:17
**fine** [2] - 20:19, 21:24
**fired** [1] - 10:18
**first** [3] - 8:16, 10:24, 18:10
**First** [1] - 20:18
**floor** [1] - 10:24
**folks** [1] - 18:16
**FOR** [1] - 1:1
**forcing** [1] - 15:10
**foregoing** [1] - 22:7
**forth** [4] - 6:23, 14:10, 16:10, 21:19
**fortunately** [1] - 20:20
**forward** [1] - 10:11
**four** [6] - 7:3, 9:17, 14:13, 18:3, 18:20
**fourth** [1] - 19:17
**frankly** [1] - 17:4
**free** [2] - 15:16, 16:6
**Friday** [2] - 2:23, 11:17
**full** [1] - 22:8
**fully** [5] - 5:16, 16:3, 20:1
**function** [1] - 7:18
**functions** [3] - 9:1, 9:3, 12:23

## G

**generally** [1] - 20:14
**gentlemen** [1] - 2:14
**given** [1] - 7:8
**governed** [2] - 19:18, 19:21
**government** [22] - 2:6, 6:3, 7:10, 7:18, 8:10, 8:15, 8:25, 9:2, 9:19, 9:25, 10:10, 10:24, 11:2, 11:6, 11:15, 12:9, 12:23, 13:21, 14:3, 14:11, 15:4, 19:8
**government's** [1] - 5:24
**grappled** [1] - 19:5
**great** [1] - 8:7
**grounds** [5] - 8:18, 8:23, 11:5, 11:8, 11:9
**grow** [1] - 3:19
**guarding** [1] - 10:4
**guilt** [1] - 7:2
**guilty** [14] - 2:17, 2:24, 5:1, 5:19, 6:5, 6:16, 12:13, 14:5, 15:10, 15:15, 16:1, 16:5,

16:9, 16:10
**guns** [2] - 10:17, 10:21

## H

**hand** [1] - 3:6
**handled** [2] - 18:10, 19:24
**handling** [2] - 17:20, 18:7
**hazard** [1] - 16:23
**hear** [1] - 3:25
**heard** [4] - 9:16, 10:7, 11:14, 13:23
**HEARING** [1] - 1:8
**hearing** [1] - 22:2
**hearings** [1] - 17:1
**HELD** [1] - 1:9
**help** [1] - 19:4
**helped** [1] - 19:2
**hereby** [1] - 22:6
**HI** [1] - 1:17
**hold** [1] - 18:20
**honest** [1] - 19:12
**honestly** [1] - 19:5
**Honor** [39] - 2:2, 2:7, 2:11, 2:18, 5:6, 5:12, 5:14, 6:9, 7:4, 7:13, 7:24, 8:6, 8:14, 9:22, 9:24, 11:19, 11:24, 12:3, 12:14, 12:21, 13:2, 13:3, 13:10, 13:16, 14:2, 14:15, 14:20, 15:8, 15:11, 15:14, 15:17, 15:21, 16:14, 21:1, 21:5, 21:8, 21:11, 21:12, 21:25
**HONORABLE** [1] - 1:9
**hours** [1] - 4:11
**House** [1] - 10:16
**house** [1] - 9:8
**humble** [1] - 18:6
**hundred** [1] - 19:24
**hundreds** [1] - 19:14

## I

**identify** [1] - 2:5
**immediately** [1] - 10:16
**impair** [1] - 4:11
**impairment** [1] - 4:14
**impede** [8] - 7:18, 7:20, 8:24, 9:7, 12:9, 12:11, 12:23, 12:24
**impeded** [1] - 9:1
**important** [1] - 5:20
**importantly** [2] - 18:15, 19:17

**IN** [1] - 1:1
**includes** [1] - 17:8
**including** [4] - 8:12, 14:13, 18:24, 19:10
**indicate** [1] - 10:6
**indicates** [1] - 6:22
**individualized** [1] - 20:2
**infer** [1] - 7:5
**inferred** [2] - 13:12, 13:13
**information** [2] - 15:6, 16:11
**informed** [1] - 5:17
**innocent** [1] - 6:2
**inside** [2] - 11:2, 11:3
**intended** [2] - 12:22, 12:24
**intent** [12] - 7:5, 7:9, 7:14, 7:16, 7:17, 7:20, 8:24, 9:6, 12:9, 12:11, 13:11, 14:13
**intention** [1] - 2:20
**interfere** [1] - 11:9
**interjected** [1] - 10:19
**interpret** [1] - 19:13
**intervening** [1] - 16:18
**Isia** [1] - 2:8
**isia.jasiewicz@usdoj .gov** [1] - 1:15
**issue** [2] - 14:23, 18:2
**issues** [2] - 5:11, 19:6
**itself** [1] - 10:12

## J

**January** [6] - 17:3, 17:6, 17:21, 18:4, 20:4, 20:17
**JASIEWICZ** [2] - 1:11, 8:6
**Jasiewicz** [1] - 2:8
**Jenkins** [2] - 8:4, 16:13
**Johnston** [1] - 1:20
**JR** [3] - 1:16, 1:19, 1:20
**JUDGE** [1] - 1:9
**judges** [2] - 18:14, 19:5
**juries** [1] - 19:15
**jurors** [1] - 18:22
**jury** [4] - 5:21, 5:22, 6:6, 14:14

## K

**Kailua** [1] - 1:17
**keep** [3] - 4:19, 21:9, 21:23

**knowing** [1] - 16:5
**knowingly** [5] - 7:14, 8:20, 8:24, 9:9, 9:13

## L

**LA** [1] - 1:21
**last** [2] - 4:11, 18:3
**law** [6] - 17:9, 18:6, 18:8, 19:11, 20:1, 20:15
**LAW** [2] - 1:16, 1:20
**lawful** [1] - 8:18
**laws** [3] - 6:16, 19:13, 19:20
**lawyers** [1] - 19:1
**learned** [1] - 16:20
**least** [5] - 5:20, 7:4, 17:5, 19:23, 20:1
**led** [1] - 13:11
**LEE** [1] - 1:16
**left** [3] - 10:25, 11:6, 11:7
**legal** [1] - 19:6
**legally** [1] - 20:4
**legitimacy** [1] - 20:23
**lengthy** [1] - 20:10
**lessons** [1] - 20:8
**letter** [13] - 6:21, 6:25, 7:22, 8:12, 8:16, 11:22, 11:25, 12:1, 12:7, 13:6, 13:7, 13:8, 14:11
**leveled** [2] - 17:9, 17:10
**life** [1] - 4:15
**likely** [2] - 6:14, 17:10
**line** [3] - 10:11, 10:17
**Lisa** [1] - 1:23
**LISA** [2] - 12:6
**lived** [1] - 18:2
**local** [1] - 6:15
**Louisiana** [3] - 3:18, 3:20, 4:4

## M

**manner** [1] - 10:20
**March** [2] - 16:15, 16:17
**matter** [1] - 16:17
**Matter** [1] - 2:3
**mean** [2] - 18:9, 20:19
**meant** [1] - 18:1
**meantime** [2] - 8:8, 21:10
**medication** [2] - 4:21, 4:22
**members** [2] - 10:14, 17:11

**memo** [1] - 21:6
**mens** [1] - 8:12
**MICHAEL** [2] - 1:5, 1:11
**Michael** [2] - 2:4, 3:11
**microphone** [1] - 9:15
**might** [3] - 4:22, 6:15, 13:22
**mind** [2] - 12:16, 17:16
**minutes** [1] - 11:4
**misdemeanor** [1] - 5:21
**misdemeanors** [2] - 6:6, 6:12
**mob** [1] - 20:16
**MONIKA** [1] - 1:11
**monolith** [1] - 20:5
**months** [1] - 17:2
**Moreira** [2] - 1:23, 22:13
**MOREIRA** [1] - 22:6
**morning** [9] - 2:7, 2:9, 2:10, 2:11, 2:14, 2:15, 4:12, 4:23, 5:17
**most** [5] - 5:20, 17:10, 19:1, 19:17, 20:11
**MR** [27] - 2:7, 2:11, 2:18, 2:20, 5:12, 5:14, 7:4, 7:8, 7:13, 7:16, 7:24, 8:2, 8:14, 9:24, 13:3, 13:10, 13:18, 13:21, 14:2, 14:8, 14:23, 21:5, 21:8, 21:11, 21:12, 21:18, 21:25
**MS** [1] - 8:6
**musician** [1] - 4:15

## N

**name** [1] - 3:9
**nature** [1] - 16:4
**need** [1] - 3:5
**never** [1] - 14:23
**next** [1] - 21:20
**nightfall** [1] - 11:10
**none** [1] - 4:24
**nonetheless** [1] - 6:17
**Northeast** [1] - 4:4
**notably** [1] - 19:1
**notes** [1] - 22:8
**notice** [1] - 2:22
**November** [2] - 1:4, 22:11
**NW** [3] - 1:13, 1:24, 22:15

**observations** [1] - 16:24
**observe** [1] - 10:4
**observed** [1] - 10:5
**obviously** [4] - 6:13, 16:17, 17:6, 21:9
**OF** [5] - 1:1, 1:2, 1:8, 1:16, 22:4
**offenders** [1] - 20:12
**offense** [2] - 8:9, 12:17
**offenses** [4] - 6:4, 9:17, 16:8, 16:10
**offering** [1] - 13:12
**OFFICE** [1] - 1:12
**office** [5] - 15:2, 15:3, 16:21, 18:15, 21:23
**officer** [1] - 10:20
**officers** [4] - 10:4, 10:17, 10:22, 11:9
**offices** [1] - 19:2
**OFFICES** [1] - 1:16
**OFFICIAL** [1] - 22:4
**official** [3] - 8:25, 9:3, 22:14
**Official** [1] - 1:23
**old** [1] - 3:22
**one** [2] - 2:21, 18:20
**open** [1] - 18:17
**opinion** [1] - 19:7
**opinions** [1] - 19:22
**order** [1] - 18:20
**orderly** [3] - 8:25, 9:2, 9:7
**otherwise** [2] - 7:8, 20:19
**outlined** [1] - 8:16
**outside** [1] - 10:16
**over-the-counter** [1] - 4:21
**own** [2] - 15:16, 16:6

## P

**p.m** [4] - 10:2, 10:3, 10:13, 11:1
**paperwork** [1] - 5:4
**paraded** [1] - 9:10
**part** [2] - 19:11, 20:19
**participants** [1] - 18:22
**participated** [1] - 17:1
**parties** [1] - 16:22
**partisanship** [1] - 19:12
**pass** [1] - 16:18
**past** [1] - 10:11
**pause** [1] - 9:14
**people** [1] - 20:5

## O

**percent** [1] - 17:6
**perhaps** [2] - 17:13, 19:17
**phalanx** [1] - 10:4
**physical** [1] - 8:2
**picketed** [1] - 9:11
**place** [4] - 15:20, 18:16, 20:15, 21:17
**places** [1] - 20:6
**Plaintiff** [1] - 1:3
**plans** [1] - 21:19
**Plaza** [2] - 10:3, 10:5
**PLEA** [1] - 1:8
**plea** [9] - 2:17, 5:17, 14:6, 15:13, 15:22, 15:23, 16:5, 16:8
**plead** [4] - 2:24, 5:1, 6:16, 15:10
**pleading** [5] - 5:19, 6:5, 12:13, 15:15, 16:1
**pleas** [2] - 16:9, 19:25
**PO** [1] - 1:17
**point** [2] - 10:22, 18:12
**posted** [1] - 21:10
**practice** [1] - 19:4
**preliminary** [1] - 3:14
**prepare** [1] - 15:2
**prepared** [3] - 2:23, 8:10, 11:15
**prescription** [1] - 4:21
**present** [3] - 2:13, 10:7, 10:9
**presented** [3] - 11:20, 13:2, 13:5
**president** [1] - 14:18
**press** [1] - 18:21
**presumed** [1] - 6:2
**pretrial** [1] - 21:16
**pretty** [1] - 4:15
**print** [1] - 8:4
**prison** [1] - 20:11
**probation** [6] - 15:2, 15:3, 16:21, 18:15, 20:10, 21:23
**procedures** [1] - 19:21
**proceed** [7] - 2:16, 2:21, 6:10, 6:11, 6:17, 6:18, 9:23
**proceeded** [2] - 5:22, 9:25
**proceedings** [7] - 4:13, 4:23, 18:17, 18:23, 19:18, 20:13, 22:9
**proceeds** [1] - 15:1
**process** [2] - 18:25, 19:4
**promises** [1] - 15:12

**promptly** [1] - 18:10
**property** [1] - 17:8
**prosecutions** [1] - 18:7
**protect** [2] - 18:21, 20:20
**protectors** [1] - 20:24
**prove** [4] - 8:10, 9:19, 14:3, 14:12
**proved** [1] - 6:3
**provided** [1] - 5:16
**proximity** [1] - 8:22
**Public** [1] - 19:1
**public** [2] - 17:3, 18:21
**purposes** [2] - 14:18, 21:14
**push** [1] - 10:23
**put** [1] - 8:9

**Q**

**questions** [2] - 3:14, 15:9
**quite** [1] - 11:19

**R**

**raise** [1] - 3:6
**raised** [1] - 19:7
**ranged** [1] - 20:9
**RDR** [3] - 1:23, 22:6, 22:13
**rea** [1] - 8:12
**reacting** [1] - 10:18
**read** [3] - 4:5, 4:8, 4:9
**ready** [1] - 2:16
**really** [1] - 17:25
**reasonable** [3] - 6:4, 9:19, 14:4
**reasons** [1] - 20:7
**reassessed** [2] - 17:13, 17:15
**received** [2] - 2:22, 6:21
**recite** [1] - 9:16
**recognizing** [1] - 20:4
**recommendation** [1] - 15:3
**reconfigure** [1] - 18:19
**record** [5] - 2:2, 2:6, 3:10, 8:9, 13:24
**reference** [2] - 8:11, 11:16
**references** [1] - 17:20
**regularly** [1] - 21:20
**remained** [1] - 8:17
**repeatedly** [1] - 10:19
**report** [1] - 15:2
**Reporter** [2] - 1:23, 1:23, 22:14

**REPORTER** [1] - 22:4
**represent** [1] - 5:23
**represented** [1] - 18:25
**request** [1] - 7:10
**required** [5] - 12:17, 12:24, 14:22, 18:13, 20:4
**requires** [3] - 8:21, 9:4, 9:10
**reserve** [1] - 16:19
**respect** [4] - 4:20, 12:10, 12:12, 12:23
**restricted** [4] - 8:18, 8:23, 10:1, 14:19
**result** [2] - 19:23, 20:9
**resulted** [1] - 20:2
**results** [1] - 19:24
**returned** [1] - 11:8
**review** [2] - 11:22, 19:10
**reviewed** [1] - 5:4
**reviewing** [2] - 12:2, 17:2
**rightfully** [1] - 19:6
**rights** [5] - 5:19, 6:14, 6:15, 20:24, 20:25
**role** [1] - 20:20
**Room** [2] - 1:24, 22:15
**rule** [5] - 18:6, 18:8, 19:11, 20:15, 20:16
**rulings** [1] - 19:9

**S**

**sacrificed** [1] - 19:3
**satisfied** [3] - 5:7, 5:9, 16:2
**school** [2] - 3:24, 4:1
**seat** [2] - 6:19, 11:12
**second** [2] - 8:19, 18:17
**see** [2] - 16:22, 19:13
**select** [1] - 19:14
**Senate** [1] - 10:12
**sentence** [2] - 15:5, 15:6
**sentences** [3] - 20:2, 20:9, 20:11
**sentencing** [5] - 15:2, 16:12, 16:16, 16:20, 21:6, 21:17
**serious** [1] - 20:11
**services** [1] - 5:8
**session** [4] - 7:20, 9:8, 12:11, 12:24
**set** [7] - 6:23, 14:10, 16:10, 16:12, 16:15, 16:16, 21:6
**seven** [1] - 21:7

**SHIPLEY** [17] - 1:16, 1:16, 2:11, 2:18, 2:20, 5:14, 7:24, 8:2, 13:3, 13:10, 13:18, 13:21, 14:8, 14:23, 21:12, 21:18, 21:25
**Shipley** [15] - 2:12, 2:16, 5:1, 5:13, 5:18, 5:22, 6:13, 6:22, 7:22, 11:13, 11:16, 12:2, 13:9, 15:4, 15:19
**Shipley's** [4] - 6:25, 8:12, 11:22, 14:11
**shore** [1] - 7:11
**shots** [1] - 10:18
**show** [4] - 10:25, 11:3, 11:7, 11:15
**shown** [2] - 10:1, 10:10
**Shreveport** [1] - 3:18
**Siege** [1] - 1:12
**sign** [1] - 12:1
**signed** [3] - 7:22, 11:25, 12:6
**sirens** [1] - 10:8
**slipped** [1] - 10:23
**small** [1] - 18:18
**soon** [1] - 10:25
**sorry** [3] - 3:25, 10:3, 18:11
**speaking** [1] - 19:23
**special** [1] - 21:13
**specific** [3] - 7:9, 7:14, 7:16
**spend** [1] - 17:2
**staff** [2] - 17:11, 18:15
**stage** [1] - 16:24
**stark** [1] - 20:15
**started** [1] - 3:5
**starting** [1] - 2:6
**state** [3] - 3:9, 6:15, 12:16
**statement** [1] - 17:5
**statements** [1] - 17:3
**STATES** [4] - 1:1, 1:2, 1:9, 1:12
**States** [6] - 1:11, 2:3, 2:8, 9:5, 9:11, 22:14
**stenographic** [1] - 22:8
**step** [1] - 2:25
**Stephen** [3] - 2:4, 2:12, 3:11
**STEPHEN** [1] - 1:5
**stick** [1] - 11:21
**Street** [2] - 1:13, 1:20
**strived** [1] - 19:14
**stuff** [1] - 18:2
**subject** [2] - 19:9,

19:19
**submissions** [1] - 16:22
**submitted** [2] - 7:23, 11:16
**sufficient** [4] - 7:1, 7:2, 14:1, 14:5
**suggested** [1] - 17:22
**support** [1] - 7:2
**supported** [2] - 6:24, 20:1
**Supreme** [1] - 19:10
**sworn** [2] - 3:6, 3:8

**T**

**TARPLEY** [2] - 1:19, 1:20
**Tarpley** [1] - 2:12
**task** [1] - 18:18
**ten** [1] - 21:20
**terms** [2] - 7:4, 10:8
**testify** [2] - 6:1, 13:24
**testimony** [1] - 19:19
**THE** [118] - 1:1, 1:1, 1:9, 2:2, 2:9, 2:14, 2:19, 2:22, 3:3, 3:4, 3:9, 3:11, 3:12, 3:13, 3:16, 3:17, 3:18, 3:19, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:5, 4:7, 4:8, 4:9, 4:10, 4:14, 4:17, 4:18, 4:19, 4:24, 4:25, 5:3, 5:4, 5:6, 5:7, 5:9, 5:10, 5:13, 5:15, 6:9, 6:10, 6:11, 6:12, 6:18, 6:19, 7:7, 7:12, 7:14, 7:21, 8:1, 8:4, 8:7, 9:14, 9:22, 9:23, 11:12, 11:18, 11:21, 11:24, 11:25, 12:1, 12:2, 12:3, 12:4, 12:6, 12:8, 12:13, 12:15, 12:18, 12:19, 12:21, 12:22, 13:1, 13:5, 13:6, 13:7, 13:15, 13:16, 13:17, 13:20, 14:1, 14:7, 14:10, 14:15, 14:16, 14:20, 14:21, 14:25, 15:8, 15:9, 15:11, 15:12, 15:14, 15:15, 15:17, 15:18, 15:20, 15:22, 15:24, 15:25, 16:1, 16:2, 16:14, 16:16, 21:1, 21:2, 21:7, 21:9, 21:16, 21:22, 22:1
**theories** [1] - 19:22

**therefore** [1] - 16:9
**they've** [1] - 18:18
**third** [2] - 9:8, 18:23
**three** [1] - 18:20
**throughout** [1] - 19:2
**today** [8] - 2:21, 7:11, 12:5, 15:10, 16:1, 16:3, 17:16, 17:19
**took** [1] - 20:8
**towards** [2] - 10:16, 10:19
**transcript** [2] - 22:8, 22:9
**TRANSCRIPT** [1] - 1:8
**transparent** [1] - 18:18
**traveled** [2] - 10:2, 10:3
**traveling** [1] - 21:19
**trial** [13] - 5:21, 6:6, 6:7, 9:20, 9:25, 10:10, 10:24, 11:6, 11:15, 11:20, 14:4, 17:23, 18:20
**trials** [2] - 18:13, 18:24
**troubling** [2] - 17:4, 17:18
**true** [2] - 22:7, 22:9
**try** [1] - 4:19
**Tuesday** [1] - 1:4
**two** [2] - 8:12, 14:19

## U

**U.S** [1] - 1:24
**under** [1] - 6:16
**understood** [1] - 11:18
**UNITED** [4] - 1:1, 1:2, 1:9, 1:12
**United** [6] - 1:11, 2:3, 2:8, 9:5, 9:11, 22:14
**University** [1] - 4:4
**unlawfully** [1] - 10:15
**unless** [1] - 6:2
**unrepentant** [1] - 20:11
**unsupported** [1] - 19:22
**up** [11] - 2:19, 2:25, 3:1, 3:19, 4:19, 5:19, 6:5, 6:15, 6:20, 7:11, 13:4

## V

**vacate** [1] - 16:18
**various** [1] - 10:7
**verdicts** [1] - 19:25
**version** [1] - 13:25
**vice** [1] - 14:18
**view** [3] - 7:1, 18:23,

20:10
**vindication** [1] - 18:8
**violence** [2] - 10:6, 17:9
**voice** [1] - 4:19
**voir** [1] - 19:14
**voluntarily** [1] - 15:15
**voluntary** [1] - 16:6

## W

**Washington** [6] - 1:13, 1:25, 17:23, 19:3, 21:15, 22:16
**weaponized** [1] - 17:22
**weekend** [1] - 17:2
**weeks** [1] - 21:21
**West** [2] - 10:3, 10:5
**whatsoever** [1] - 4:24
**whereabouts** [1] - 21:24
**whole** [1] - 16:25
**willfully** [2] - 9:9, 9:12
**WILLIAM** [2] - 1:16, 1:16
**William** [1] - 2:11
**willing** [5] - 6:10, 6:11, 6:16, 6:18, 6:23
**Wing** [1] - 10:12
**wish** [1] - 21:5
**witnesses** [3] - 5:24, 5:25, 19:19
**words** [1] - 9:18
**worth** [1] - 17:19
**write** [3] - 4:6, 4:8, 4:9

## Y

**years** [1] - 18:3
**yelling** [1] - 10:8
**yourselves** [1] - 2:5

## Z

**Zoom** [1] - 17:1